Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21405−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catalina Ortega Gomez
   aka Catalina O Gomez, aka Catalina
   Gomez, aka Catalina Ortega−Gomez
   480 Chestnut Street
   Washington Township, NJ 07676

Social Security No.:
   xxx−xx−2166

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/19/19 at 10:00 AM

to consider and act upon the following:

*8* − Motion for Relief from Stay re: 2017 Volkswagen Jetta Sedan, VIN: 3VWDB7AJ8HM398317. Fee Amount $ 181. Filed by Kevin Gordon McDonald on behalf of VW Credit, Inc.. Hearing scheduled for 8/13/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Lease Agreement # 5 Certificate of Service) (McDonald, Kevin)

Dated: 8/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court